**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-6074**

—————————

CECIL JACKSON,

                                    Petitioner - Appellant,

        versus

JOSEPH BROOKS,

                                    Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Jerome B. Friedman, District
Judge.  (CA-02-68-2)

—————————

Submitted:  April 24, 2003          Decided:  May 2, 2003

—————————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Cecil Jackson, Appellant Pro Se.  Laura Marie Everhart, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cecil Edward Jackson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Jackson v. Brooks</u>, No. CA-02-68-2 (E.D. Va. Nov. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>